JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR EDUARDO BARRIOS HERNANDEZ,<br>Petitioner,<br>v.<br>JAIME RIOS, *et al.*,<br>Respondents. | Case No. 5:26-CV-03796-JMS-DMK<br><br>JUDGMENT |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED as moot, without prejudice.

DATED: October 21, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge